IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALICIA D., | Case No. 3:20-cv-01222-SB |
| Plaintiff, | **ORDER** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

**BECKERMAN, U.S. Magistrate Judge.**

The Court GRANTS Plaintiff Alicia D.'s ("Plaintiff") unopposed motion (ECF No. 36) for attorney's fees under 42 U.S.C. § 406(b). The Court awards Plaintiff's counsel $14,435.00 in attorney's fees under § 406(b). However, because the Court previously awarded Plaintiff's counsel $6,001.60 in fees under the Equal Access to Justice Act ("EAJA") (ECF No. 35), the Commissioner of Social Security shall subtract the amount awarded under the EAJA and send Plaintiff's counsel the balance of $8,433.40, less any applicable processing or user fees prescribed by statute.

**IT IS SO ORDERED.**

DATED this 19th day of April, 2023.

HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 – ORDER